IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ACORDA THERAPEUTICS, INC., et al. | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | C.A. No. 14-882 (LPS) |
| | ) | (CONSOLIDATED) |
| AUROBINDO PHARMA LTD., et al. | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of: (1) *Plaintiffs' First Set of Requests for Admission to Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.*; and (2) *Plaintiffs' First Set of Requests for Admission of Authenticity to Aurobindo Pharma Ltd. and Aurobindo Pharma USA, Inc.* were caused to be served on November 3, 2015 upon the following in the manner indicated:

John C. Phillips, Jr., Esquire  *VIA HAND DELIVERY*
Megan C. Haney, Esquire  *AND ELECTRONIC MAIL*
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Attorneys for Aurobindo Pharma Ltd. and*
*Aurobindo Pharma USA, Inc.*

Imron T. Aly, Esquire  *VIA ELECTRONIC MAIL*
A. Taylor Corbitt, Esquire
Sailesh K. Patel, Esquire
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL 60606
*Attorneys for Aurobindo Pharma Ltd. and*
*Aurobindo Pharma USA, Inc.*

Gina M. Bassi, Esquire  *VIA ELECTRONIC MAIL*
SCHIFF HARDIN LLP
666 Fifth Avenue, Suite 1700
New York, NY  10103
*Attorneys for Aurobindo Pharma Ltd. and*
*Aurobindo Pharma USA, Inc.*

Alison L. Maddeford, Esquire  *VIA ELECTRONIC MAIL*
George Chih-Lun Yu, Esquire
SCHIFF HARDIN LLP
Spear Street Tower, Suite 3200
San Francisco, CA  94105
*Attorneys for Aurobindo Pharma Ltd. and*
*Aurobindo Pharma USA, Inc.*

I further certify that copies of: (1) *Plaintiffs' First Set of Requests for Admission to Alkem Laboratories Ltd.*; and (2) *Plaintiffs' First Set of Requests for Admission of Authenticity to Alkem Laboratories Ltd.* were caused to be served on November 3, 2015 upon the following in the manner indicated:

John C. Phillips, Jr., Esquire  *VIA HAND DELIVERY*
David A. Bilson, Esquire  *AND ELECTRONIC MAIL*
Megan C. Haney, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Alkem Laboratories, Ltd.*

Imron T. Aly, Esquire  *VIA ELECTRONIC MAIL*
A. Taylor Corbitt, Esquire
Sailesh K. Patel, Esquire
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL  60606
*Attorneys for Alkem Laboratories, Ltd.*

Alison L. Maddeford, Esquire  *VIA ELECTRONIC MAIL*
George Chih-Lun Yu, Esquire
SCHIFF HARDIN LLP
Spear Street Tower, Suite 3200
San Francisco, CA  94105
*Attorneys for Alkem Laboratories, Ltd.*

I further certify that copies of: (1) *Plaintiffs' First Set of Requests for Admission to Roxane Laboratories, Inc.*; and (2) *Plaintiffs' First Set of Requests for Admission of Authenticity to Roxane Laboratories, Inc.* were caused to be served on November 3, 2015 upon the following in the manner indicated:

| | |
|---|---|
| Neal C. Belgam, Esquire<br>Eve H. Ormerod, Esquire<br>Robert K. Beste, III, Esquire<br>S<small>MITH</small>, K<small>ATZENSTEIN</small> & J<small>ENKINS</small> LLP<br>1000 West Street, Suite 1501<br>Wilmington, DE 19801<br>*Attorneys for Roxane Laboratories, Inc.* | *VIA HAND DELIVERY<br>AND ELECTRONIC MAIL* |
| Joseph R. Robinson, Esquire<br>Grace Yang, Esquire<br>T<small>ROUTMAN</small> S<small>ANDERS</small> LLP<br>875 Third Avenue<br>New York, NY 10022<br>*Attorneys for Roxane Laboratories, Inc.* | *VIA ELECTRONIC MAIL* |

I further certify that copies of: (!) *Plaintiffs' First Set of Requests for Admission to Accord Healthcare, Inc.*; and (2) *Plaintiffs' First Set of Requests for Admission of Authenticity to Accord Healthcare, Inc.* were caused to be served on November 3, 2015 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>Megan C. Haney, Esquire<br>P<small>HILLIPS</small>, G<small>OLDMAN</small> & S<small>PENCE</small>, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Attorneys for Accord Healthcare, Inc.* | *VIA HAND DELIVERY<br>AND ELECTRONIC MAIL* |

| | |
|---|---|
| A. Taylor Corbitt, Esquire<br>Imron T. Aly, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL  60606<br>*Attorneys for Accord Healthcare, Inc.* | *VIA ELECTRONIC MAIL* |
| Alison L. Maddeford, Esquire<br>George Chih-Lun Yu, Esquire<br>SCHIFF HARDIN LLP<br>One Market<br>Spear Street Tower, Suite 3200<br>San Francisco, CA  94105<br>*Attorneys for Accord Healthcare, Inc.* | *VIA ELECTRONIC MAIL* |

I further certify that copies of: (1) *Plaintiffs' First Set of Requests for Admission to Mylan Pharmaceuticals Inc.*; and (2) *Plaintiffs' First Set of Requests for Admission of Authenticity to Mylan Pharmaceuticals Inc.* were caused to be served on November 3, 2015 upon the following in the manner indicated:

| | |
|---|---|
| Mary B. Matterer, Esquire<br>Richard K. Herrmann, Esquire<br>MORRIS JAMES LLP<br>500 Delaware Avenue, Suite 1500<br>Wilmington, DE  19801-1494<br>*Attorneys for Mylan Pharmaceuticals Inc.* | *VIA HAND DELIVERY<br>AND ELECTRONIC MAIL* |
| Micheal L. Binns, Esquire<br>Timothy H. Kratz, Esquire<br>George J. Barry III, Esquire<br>Karen L. Carroll, Esquire<br>Brie L. B. Buchanan, Esquire<br>Michael F. Nullet, Esquire<br>Yun Wei, Esquire<br>MCGUIREWOODS LLP<br>1230 Peachtree Street, Suite 2100<br>Atlanta, GA  30309<br>*Attorneys for Mylan Pharmaceuticals Inc.* | *VIA ELECTRONIC MAIL* |

Cedric C.Y. Tan, Esquire*VIA ELECTRONIC MAIL*
MCGUIREWOODS LLP
2001 K Street, Suite 400
Washington, DC 20006
*Attorneys for Mylan Pharmaceuticals Inc.*

I further certify that copies of: (1) *Plaintiffs' Second Set of Requests for Admission to Teva Pharmaceuticals USA, Inc.*; and (2) *Plaintiffs' First Set of Requests for Admission of Authenticity to Teva Pharmaceuticals USA, Inc.* were caused to be served on November 3, 2015 upon the following in the manner indicated:

John C. Phillips, Jr., Esquire*VIA HAND DELIVERY*
David A. Bilson, Esquire*AND ELECTRONIC MAIL*
Megan C. Haney, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806-4204
*Attorneys for Teva Pharmaceuticals USA, Inc.*

George C. Lombardi, Esquire*VIA ELECTRONIC MAIL*
Maureen L. Rurka, Esquire
Samuel S. Park, Esquire
Sharick Naqi, Esquire
Jason Pesick, Esquire
Reid Smith, Esquire
Bryce A. Cooper, Esquire
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, IL 60601
*Attorneys for Teva Pharmaceuticals USA, Inc*

I further certify that copies of: (1) *Plaintiffs' First Set of Requests for Admission to Apotex Corp. and Apotex Inc.*; and (2) *Plaintiffs' First Set of Requests for Admission of Authenticity to Apotex Corp. and Apotex Inc.* were caused to be served on November 3, 2015 upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806-4204<br>*Attorneys for Apotex Corp. and Apotex Inc.* | *VIA HAND DELIVERY*<br>*AND ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Maureen L. Rurka, Esquire<br>Samuel S. Park, Esquire<br>Sharick Naqi, Esquire<br>Jason Pesick, Esquire<br>Reid Smith, Esquire<br>Bryce A. Cooper, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>*Attorneys for Apotex Corp. and Apotex Inc.* | *VIA ELECTRONIC MAIL* |

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com
jtigan@mnat.com

OF COUNSEL:

Aaron Stiefel
Daniel P. DiNapoli
Benjamin C. Hsing
Jeffrey Martin
KAYE SCHOLER LLP
250 West 55th Street
New York, NY  10019-9710
(212) 836-8000

*Attorneys for Acorda Therapeutics, Inc. and Alkermes Pharma Ireland Limited*

Sylvia M. Becker
KAYE SCHOLER LLP
The McPherson Building
901 Fifteenth Street, NW
Washington, DC 20005-2327
(202) 683-3500

Soumitra Deka
KAYE SCHOLER LLP
Two Palo Alto Square
3000 El Camino Real | Suite 400
Palo Alto, CA 94306
(650) 319-4500

Anthony Michael
ACORDA THERAPEUTICS, INC.
420 Saw Mill River Road
Ardsley, NY 10502
(914) 326-6825

November 3, 2015

## **CERTIFICATE OF SERVICE**

  I hereby certify that on November 3, 2015, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

  I further certify that I caused copies of the foregoing document to be served on November 3, 2015, upon the following in the manner indicated:

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806<br>*Attorneys for Aurobindo Pharma Ltd. and*<br>*Aurobindo Pharma USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Imron T. Aly, Esquire<br>A. Taylor Corbitt, Esquire<br>Sailesh K. Patel, Esquire<br>SCHIFF HARDIN LLP<br>233 South Wacker Drive, Suite 6600<br>Chicago, IL  60606<br>*Attorneys for Aurobindo Pharma Ltd. and*<br>*Aurobindo Pharma USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Gina M. Bassi, Esquire<br>SCHIFF HARDIN LLP<br>666 Fifth Avenue, Suite 1700<br>New York, NY  10103<br>*Attorneys for Aurobindo Pharma Ltd. and*<br>*Aurobindo Pharma USA, Inc.* | *VIA ELECTRONIC MAIL* |
| Alison L. Maddeford, Esquire<br>George Chih-Lun Yu, Esquire<br>SCHIFF HARDIN LLP<br>Spear Street Tower, Suite 3200<br>San Francisco, CA  94105<br>*Attorneys for Aurobindo Pharma Ltd. and*<br>*Aurobindo Pharma USA, Inc.* | *VIA ELECTRONIC MAIL* |

John C. Phillips, Jr., Esquire  *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
Megan C. Haney, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Alkem Laboratories, Ltd.*

Imron T. Aly, Esquire  *VIA ELECTRONIC MAIL*
A. Taylor Corbitt, Esquire
Sailesh K. Patel, Esquire
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL  60606
*Attorneys for Alkem Laboratories, Ltd.*

Alison L. Maddeford, Esquire  *VIA ELECTRONIC MAIL*
George Chih-Lun Yu, Esquire
SCHIFF HARDIN LLP
Spear Street Tower, Suite 3200
San Francisco, CA  94105
*Attorneys for Alkem Laboratories, Ltd.*

Neal C. Belgam, Esquire  *VIA ELECTRONIC MAIL*
Eve H. Ormerod, Esquire
Robert K. Beste, III, Esquire
SMITH, KATZENSTEIN & JENKINS LLP
1000 West Street, Suite 1501
Wilmington, DE  19801
*Attorneys for Roxane Laboratories, Inc.*

Joseph R. Robinson, Esquire  *VIA ELECTRONIC MAIL*
Grace Yang, Esquire
TROUTMAN SANDERS LLP
875 Third Avenue
New York, NY 10022
*Attorneys for Roxane Laboratories, Inc.*

John C. Phillips, Jr., Esquire  *VIA ELECTRONIC MAIL*
David A. Bilson, Esquire
Megan C. Haney, Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE  19806
*Attorneys for Accord Healthcare, Inc.*

A. Taylor Corbitt, Esquire *VIA ELECTRONIC MAIL*
Imron T. Aly, Esquire
Sailesh K. Patel, Esquire
SCHIFF HARDIN LLP
233 South Wacker Drive, Suite 6600
Chicago, IL  60606
*Attorneys for Accord Healthcare, Inc.*

Alison L. Maddeford, Esquire *VIA ELECTRONIC MAIL*
George Chih-Lun Yu, Esquire
SCHIFF HARDIN LLP
One Market
Spear Street Tower, Suite 3200
San Francisco, CA  94105
*Attorneys for Accord Healthcare, Inc.*

Mary B. Matterer, Esquire *VIA ELECTRONIC MAIL*
Richard K. Herrmann, Esquire
MORRIS JAMES LLP
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
*Attorneys for Mylan Pharmaceuticals Inc.*

Micheal L. Binns, Esquire *VIA ELECTRONIC MAIL*
Timothy H. Kratz, Esquire
George J. Barry III, Esquire
Karen L. Carroll, Esquire
Brie L. B. Buchanan, Esquire
Michael F. Nullet, Esquire
Yun Wei, Esquire
MCGUIREWOODS LLP
1230 Peachtree Street, Suite 2100
Atlanta, GA  30309
*Attorneys for Mylan Pharmaceuticals Inc.*

Cedric C.Y. Tan, Esquire *VIA ELECTRONIC MAIL*
MCGUIREWOODS LLP
2001 K Street, Suite 400
Washington, DC 20006
*Attorneys for Mylan Pharmaceuticals Inc.*

| | |
|---|---|
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806-4204<br>*Attorneys for Teva Pharmaceuticals USA, Inc.* | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Maureen L. Rurka, Esquire<br>Samuel S. Park, Esquire<br>Sharick Naqi, Esquire<br>Jason Pesick, Esquire<br>Reid Smith, Esquire<br>Bryce A. Cooper, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>*Attorneys for Teva Pharmaceuticals USA, Inc* | *VIA ELECTRONIC MAIL* |
| John C. Phillips, Jr., Esquire<br>David A. Bilson, Esquire<br>Megan C. Haney, Esquire<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE  19806-4204<br>*Attorneys for Apotex Corp. and Apotex Inc.* | *VIA ELECTRONIC MAIL* |
| George C. Lombardi, Esquire<br>Maureen L. Rurka, Esquire<br>Samuel S. Park, Esquire<br>Sharick Naqi, Esquire<br>Jason Pesick, Esquire<br>Reid Smith, Esquire<br>Bryce A. Cooper, Esquire<br>WINSTON & STRAWN LLP<br>35 West Wacker Drive<br>Chicago, IL  60601<br>*Attorneys for Apotex Corp. and Apotex Inc.* | *VIA ELECTRONIC MAIL* |

*/s/ Jeremy A. Tigan*
Jeremy A. Tigan #5239)