# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACORDA THERAPEUTICS, INC. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>AUROBINDO PHARMA LTD., et al., )<br>)<br>Defendants. )<br>) | C.A. No. 14-882 (LPS)<br>(CONSOLIDATED) |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of the following documents were served upon counsel indicated below via electronic mail on December 3, 2015 prior to 6:00 p.m. Eastern:

**(1)** **MYLAN PHARMACEUTICALS INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION TO MYLAN PHARMACEUTICALS INC. and**

**(2)** **MYLAN PHARMCEUTICALS INC.'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' FIRST SET OF REQUESTS FOR ADMISSION OF AUTHENTICITY TO MYLAN PHARMACEUTICALS INC.**

| | |
|---|---|
| Jack B. Blumenfeld<br>Maryellen Noreika<br>Jeremy A. Tigan<br>MORRIS, NICHOLS, ARSHT & TUNNELL<br>1201 North Market Street<br>Wilmington, DE 19801<br>jblumenfeld@mnat.com<br>mnoreika@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Plainitffs* | Aaron Stiefel<br>Daniel P. DiNapoli<br>Benjamin C. Hsing<br>Jeffrey Martin<br>David Harris<br>James Lyons<br>Philip Smithback<br>Stephanie Piper<br>KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, NY 10019-9710<br>aaron.stiefel@kayescholer.com<br>daniel.dinapoli@kayescholer.com<br>benjamin.hsing@kayescholer.com<br>jeffrey.martin@kayescholer.com<br>david.harris@kayescholer.com<br>james.lyons@kayescholer.com<br>philip.smithback@kayescholer.com<br>stephanie.piper@kayescholer.com<br><br>*Attorneys for Plaintiffs*<br><br>Sylvia M. Becker<br>KAYE SCHOLER LLP<br>The McPherson Building 901 Fifteenth Street,<br>NW Washington, DC 20005-2327<br>sylvia.becker@kayescholer.com<br><br>*Attorneys for Plaintiffs*<br><br>Soumitra Deka<br>KAYE SCHOLER LLP<br>Two Palo Alto Square<br>3000 El Camino Real \| Suite 400<br>Palo Alto, CA 94306<br>soumitra.deka@kayescholer.com<br><br>*Attorneys for Plaintiffs* |

Dated:  December 3, 2015

    */s/ Mary B. Matterer*
Mary B. Matterer (I.D. #2696)
Richard K. Herrmann (I.D. #405)
**MORRIS JAMES LLP**
500 Delaware Avenue, Suite 1500
Wilmington, DE  19801-1494
(302) 888-6800
mmatterer@morrisjames.com
rherrmann@morrisjames.com

*Attorneys for Mylan Pharmaceuticals Inc.*

3